Frederick C. Hicks, Appellant. (Appeal No. 6.) — The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Order modified in accordance with opinion in *People ex rel. Brown* v. *Freisch, No. 1 (ante,* p. 370), decided herewith, and as so modified unanimously affirmed, without costs. Jenks, P. J., Carr, Rich and Putnam, JJ., concurred. Order to be settled before the presiding justice.

The People of the State of New York ex rel. Lathrop Brown, Respondent, v. John Gallagher and Others, as Members of and Together Constituting the Board of Inspectors of Elections of Election District No. 32, Town of Hempstead, Nassau County, and Others, Respondents. Frederick C. Hicks, Appellant. (Appeal No. 7.) — The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Order modified in accordance with opinion in *People ex rel. Brown* v. *Freisch, No. 1 (ante,* p. 370), decided herewith, and as so modified unanimously affirmed, without costs. Jenks, P. J., Carr, Rich and Putnam, JJ., concurred. Order to be settled before the presiding justice.

The People of the State of New York ex rel. Lathrop Brown, Respondent, v. W. H. Hallock and Others, as Members of and Together Constituting the Board of Inspectors of Elections of Election District No. 12, Town of Huntington, Suffolk County, and Others, Respondents. Frederick C. Hicks, Appellant. (Appeal No. 8.) — The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Order modified in accordance with opinion in *People ex rel. Brown* v. *Freisch, No. 1 (ante,* p. 370), decided herewith, and as so modified unanimously affirmed, without costs. Jenks, P. J., Carr, Rich and Putnam, JJ., concurred. Order to be settled before the presiding justice.

The People of the State of New York ex rel. Lathrop Brown, Respondent, v. Charles A. Hannigan and Others, as Members of and Together Constituting the Board of Inspectors of Elections of Election District No. 13, Town of North Hempstead, Nassau County, and Others, Respondents. Frederick C. Hicks, Appellant. (Appeal No. 9.) — The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Order modified in accordance with opinion in *People ex rel. Brown* v. *Freisch No. 1 (ante,* p. 370), decided herewith, and as so modified unanimously affirmed, without costs. Jenks, P. J., Carr, Rich and Putnam, JJ., concurred. Order to be settled before the presiding justice.

The People of the State of New York ex rel. Lathrop Brown, Respondent, v. Farley J. Higgins and Others, as Members of and Together Constituting the Board of Inspectors of Elections of Election District No. 5, Town of North Hempstead, Nassau County, and Others, Respondents. Frederick C. Hicks, Appellant. (Appeal No. 10.) — The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Order modified in accordance with opinion in *People ex rel. Brown* v. *Freisch, No. 1 (ante,* p. 370), decided

herewith, and as so modified unanimously affirmed, without costs. Jenks, P. J., Carr, Rich and Putnam, JJ., concurred.   Order to be settled before the presiding justice.

The People of the State of New York ex rel. Lathrop Brown, Respondent, v. William Jenkinson and Others, as Members of and Together Constituting the Board of Inspectors of Elections of Election District No. 2, Town of Huntington, Suffolk County, and Others, Respondents.   Frederick C. Hicks, Appellant.   (Appeal No. 11.) — The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Order modified in accordance with opinion in *People ex rel. Brown* v. *Freisch, No. 1 (ante,* p. 370), decided herewith, and as so modified unanimously affirmed, without costs.  Jenks, P. J., Carr, Rich and Putnam, JJ., concurred.  Order to be settled before the presiding justice.

The People of the State of New York ex rel. Lathrop Brown, Respondent, v. William H. Miller and Others, as Members of and Together Constituting the Board of Inspectors of Elections of Election District No. 14, Town of Brookhaven, County of Suffolk, and Others, Respondents. Frederick C. Hicks, Appellant.   (Appeal No. 12.) — The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Order modified in accordance with opinion in *People ex rel. Brown* v. *Freisch, No. 1 (ante,* p. 370), decided herewith, and as so modified unanimously affirmed, without costs.  Jenks, P. J., Carr, Rich and Putnam, JJ., concurred.  Order to be settled before the presiding justice.

The People of the State of New York ex rel. Lathrop Brown, Respondent, v. Hugh M. O'Brien, and Others, as Members of and Together Constituting the Board of Inspectors of Elections of Election District No. 9, Town of North Hempstead, Nassau County, and Others, Respondents. Frederick C. Hicks, Appellant.   (Appeal No. 13.) — The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Order modified in accordance with opinion in *People ex rel. Brown* v. *Freisch, No. 1 (ante,* p. 370), decided herewith, and as so modified unanimously affirmed, without costs.  Jenks, P. J., Carr, Rich and Putnam, JJ., concurred.  Order to be settled before the presiding justice.

The People of the State of New York ex rel. Lathrop Brown, Respondent, v. Samuel A. Scott and Others, as Members of and Together Constituting the Board of Inspectors of Elections of Election District No. 10, Town of Huntington, County of Suffolk, and Others, Respondents.  Frederick C. Hicks, Appellant.   (Appeal No. 14.) — The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Order modified in accordance with opinion in *People ex rel. Brown* v. *Freisch, No. 1 (ante,* p. 370), decided herewith, and as so modified unanimously affirmed, without costs.  Jenks, P. J., Carr, Rich and Putnam, JJ., concurred.  Order to be settled before the presiding justice.

The People of the State of New York ex rel. Bella Wrubel, Appellant, v.